UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DARCY ROY FRISBY,

      Plaintiff,

3:15-cv-1141-AA

v.

ODAC, et al.,

      Defendant.

ORDER

Aiken, District Judge.

    Plaintiff's Document (#3) request "an order or injunction allowing me to get copies of my legal material, due to the nature of my complaint on attorneys."

    Presumably plaintiff seeks copies of documents in the possession of the attorneys named in his complaint. However, as explained in the court's Order (#6) those attorneys are not proper defendants in this case and are not before the court.

    The best approach might be for plaintiff to simply request

1 - ORDER

D

copies of the documents he seeks.

If plaintiff's document (#3) is a discovery request, it is premature.

Plaintiff's motion/request (#3) is denied.

IT IS SO ORDERED.

DATED this ___1___ day of July, 2015.

_____
Ann Aiken
United States District Judge

2 - ORDER